MORRIS BERGER and Another, Respondents, v. JAMES L. VAN SANT, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

PETER SERAFIN, Appellant, v. SARAH ADAMS BARNUM, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

LEWIS J. STERN, Respondent, v. CHARLES M. O'BOYLE, Defendant, Impleaded with ANNA COBLEIGH O'BOYLE, Appellant.— Judgment and order reversed, with costs, and the motion for summary judgment denied, with ten dollars costs, on the ground that there was an issue as to the reasonable value of the goods sold, and there was no allegation in the complaint that said values were agreed upon. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

STANDARD MERCANTILE Co., INC., Appellant, v. ROSE A. ROSEN, as Administratrix, etc., of HARRY B. ROSEN, Deceased, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ISAAC GOLDBERG, Appellant, v. LOUIS S. REISCHE and Another, Respondents. — Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ELISE I. TAPPIN, Respondent, v. LINDSLEY TAPPIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS KADANOFF, Appellant.— Judgment affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

HENRY LEWIS, Appellant, v. OCEAN STEAMSHIP COMPANY OF SAVANNAH, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

WILLIAM P. RILEY, Appellant, v. PIERCE OIL CORPORATION, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

210 WEST 56TH STREET COMPANY, Respondent, v. SURREY INVESTORS, INC., Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ANNA GOLDMAN and Another, as Administratrices, etc., of BARNETT GOLDMAN, Deceased, Respondents, v. HERMAN FRANK and Another, Appellants.— Judgment and order reversed and new trial ordered, with costs to the appellants to abide the event, on the ground that there was no proof of any financial loss to the plaintiffs as the result of the death of the decedent. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.

ELLEN SHAW BARLOW, Respondent, v. CHARLES L. CRAIG, as Comptroller of the City of New York, and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Wagner, JJ.